■ FIRST NATIONAL BANK OF OREGON, Respondent, v. BURTON GOLDSTEIN, Appellant.— Judgment of the Supreme Court, Nassau County, entered March 27, 1968, affirmed, with $10 costs and disbursements. It appears from the record that the levy under the order of attachment obtained by appellant was made within four months of the date that his employer, an Oregon corporation, was adjudged a bankrupt. Accordingly, any lien created thereby against the corporation is deemed to be null and void because it constitutes an act of bankruptcy (Bankruptcy Act, § 67, subd. [a], par. [1]; U. S. Code, tit. 11, § 107, subd. [a], par. [1]; see Collier, Bankruptcy Manual [2d ed.], § 3.03). Christ, Acting P. J., Brennan, Hopkins, Munder and Martuscello, JJ., concur.

■ MARY E. HUTCH, Respondent, v. JOSEPH W. PLATT et al., Appellants.— Order of the Supreme Court, Suffolk County, dated January 22, 1969, affirmed, with $10 costs and disbursements to respondent against appellant Platt. (*Stebila* v. *Mitrany,* 21 N Y 2d 930; *Proschuk* v. *Erlwein,* 22 A D 2d 1018; *Erlwein* v. *Patchogue Homes Corp.,* 43 Misc 2d 707; *Ierna* v. *Maranzano,* 28 Misc 2d 231; *Rogers* v. *Pact Realty Corp.,* N. Y. L. J., Dec. 3, 1968, p. 18, col. 4, mod. in other respects, 32 A D 2d 929). Christ, Acting P. J., Brennan, Rabin, Hopkins and Benjamin, JJ., concur.

■ In the Matter of ESTELLE BRODERSON, Respondent, v. EDWIN BRODERSON, Appellant.— In a proceeding under section 466 (subd. [c]) of the Family Court Act to enforce support provisions of a foreign (Mexican) decree of divorce, in which appellant, *inter alia,* applied for a downward modification predicated upon an alleged change in circumstances, the appeal is from an order of the Family Court, Queens County, dated December 18, 1968, which directed appellant to pay $85 per week, together with $15 a week on account of arrears computed at $1,714.07, or one half of his income, whichever amount would be the greater. Order affirmed, without costs. In our opinion, the determination made below is in conformity with the holding of this court on the reargument of the original appeal, is supported by sufficient evidence and is consistent with equitable considerations. Christ, Acting P. J., Brennan, Rabin, Benjamin and Martuscello, JJ., concur.

■ In the Matter of WHITE REALTY, INC., Appellant, v. FRED H. KOSSOW et al., Constituting the Board of Trustees of the Village of Briarcliff Manor, et al., Respondents.— Judgment of the Supreme Court, Westchester County, dated September 25, 1967, affirmed, without costs. No opinion. Appeal from order of said court dated December 28, 1967 dismissed, without costs. No appeal lies from an order denying reargument. Christ, Acting P. J., Brennan, Hopkins, Munder and Martuscello, JJ., concur.